<u>UNPUBLISHED</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-2485**

———————

MICHAEL B. WILLIAMS; LISA WILLIAMS; BELTWAY
PAVING COMPANY, INCORPORATED; BELTWAY TRUCK &
TIRE, INCORPORATED,

                              Plaintiffs - Appellants,

        versus

ROY E. HANCOCK; MELVIN C. BEALL, JR.; MARLAND
DEEN; COUNTY COMMISSIONERS OF CHARLES COUNTY,
MARYLAND,

                              Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Peter J. Messitte, District Judge.  (CA-
00-2221-PJM)

———————

Submitted:  June 29, 2001          Decided:  July 27, 2001

———————

Before WILKINSON, Chief Judge, and WILKINS and LUTTIG, Circuit
Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Shawn C. Whittaker, SILVERMAN & ASSOCIATES, CHARTERED, N. Bethesda,
Maryland, for Appellant.  John F. Breads, Columbia, Maryland; John
A. Buchanan, OFFICE OF THE COUNTY ATTORNEY FOR CHARLES COUNTY, La
Plata, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Michael B. Williams and related Appellants appeal the district court's order dismissing their civil action alleging claims under 42 U.S.C. § 1983. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Williams v. Hancock, No. CA-00-2221-PJM (D. Md. filed Oct 24, 2000; entered Oct. 25, 2000) (dismissing for reasons as stated in open court). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED